**T.M. PATENTS, L.P., and T.M. Creditors LLC, Plaintiffs–Appellants,**

v.

**CISCO SYSTEMS, INC., Defendant–Appellee.**

No. 2014–1161.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2014.

Stephen J. Driscoll, Saul Ewing, LLP, of Philadelphia, PA, argued for plaintiffs-appellants. Of counsel was Joey Tsu–Yi Chen, of Baltimore, MD.

J. Anthony Downs, Goodwin Procter LLP, of Boston, MA, argued for defendant-appellee. With him on the brief were Daniel M. Forman and Lana S. Shiferman. Of counsel on the brief were John C. O'Quinn and Jason M. Wilcox, Kirkland & Ellis LLP, of Washington, DC.

PROST, Chief Judge, NEWMAN and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.